AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MANUEL BRIOTE
*Plaintiff(s)*

v.   Civil Action No.

ALEX DE ALENCAR, LEONARDO CHARAMBA, PATRICIA NAVIA, I.G.W.T.LA, LLC, CAMILA'S RESTAURANT INC., CAMILA'S INTERNATIONAL COUSINE, INC.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Camila's Restaurant Inc.
by Serving its Registered Agent
Alex De Alencar
129 SE 1 Avenue
Miami, Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Cyril Malloy, III
Jonathan Woodard
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*